STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2574

August 19, 2022

Hon. David N. Hurd
Federal Building and U.S. Courthouse
10 Broad Street
Utica, NY 13501

RE:   *Hartwick v. Annucci*, et al., 20-CV-408

Dear Judge Hurd:

    Enclosed is a Stipulation and Order of Discontinuance Pursuant to Rule 41(a) signed by Plaintiff and counsel for all parties. If the same is acceptable to the Court, please "so-order" at your convenience.

    I thank the Court for its consideration.

Respectfully submitted,

*s/ Kostas D. Leris*
Kostas D. Leris
Assistant Attorney General
Bar Roll No. 519646
Tel: (518) 776-2574
Kostas.Leris@ag.ny.gov

cc:   **Robert Rickner, Esq.**
      Via CM/ECF