STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2574

September 6, 2022

Honorable Thérèse Wiley Dancks
James M. Hanley Federal Building
P.O. Box 7346
Syracuse, NY 13261

RE:   *Hartwick v. Annucci,* et al., 20-CV-408

Dear Judge Dancks,

Please accept this letter as a status report regarding the August 22, 2022, Text Order [ECF No. 98] directing me to provide the NYS Comptroller's Office with the settlement approval documents no later than September 6, 2022.

Our office is working diligently to expedite the settlement process and provide the finalized paperwork to the Comptroller's Office. To that end, on August 30, 2022, I emailed Plaintiff's counsel vouchers and W9 forms that are required to be signed by both Plaintiff and his counsel before the documentation can be submitted to the Comptroller's Office. We are still waiting to receive the signed documents from Plaintiff. Upon receipt, we will finalize the paperwork and forward the same to the Comptroller's Office.

I thank the Court for its consideration.

Respectfully submitted,

s/ Kostas D. Leris

Kostas D. Leris
Assistant Attorney General
Bar Roll No. 519646
Tel: (518) 776-2574
Kostas.Leris@ag.ny.gov

CC:   Robert Rickner, Esq.
      Via: CM/ECF